**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7898**

———————————

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-96-1012-R)

———————————

Submitted: August 28, 1997      Decided: September 10, 1997

———————————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Paul Turner, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Turner v. United States</u>, No. CA-96-1012-R (W.D. Va. Nov. 22 & Dec. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2